Henry Campa Jr. / State Bar No. 292826
2445 Capitol St., Suite 160 D
Fresno, California 93721
(559) 470-8209

Attorney for Defendant,
KWESI JAMAR COKER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KWESI JAMAR COKER,<br><br>Defendant. | Case No.: 1:17-CR-00071-LJO-SKO<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT; and ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Henry Campa Jr. moves this Court for an Order permitting him to withdraw as counsel of record for Defendant, KWESI JAMAR COKER immediately, and for the appointment of new counsel.

The undersigned was appointed to represent KWESI JAMAR COKER in the above-captioned matter on or about May 26, 2017. Counsel has recently accepted employment with the Department of Child Support Services (DCSS) in the County of Fresno with a start date of July 17, 2017. It is County policy that attorneys employed by the County refrain from handling matters outside of their respective County position, which precludes the undersigned from continuing to represent Mr. Coker.

There does not appear to be any prejudice to the defendant, as the matter is still in the pretrial stages. The matter is currently set for a status conference on July 17, 2017.

This Court determined that defendant was indigent on March 20, 2017, and appointed counsel. The defendant remains indigent.

Accordingly, Counsel respectfully requests that this Court grant his request to be relieved as attorney of record and refer the matter back to the Federal Defender's Office for the appointment of new counsel.

Dated: July 11, 2017

    /s/ Henry Campa Jr.
HENRY CAMPA JR.
Attorney for Defendant

**O R D E R**

It is hereby ORDERED that Henry Campa, Jr. be relieved as attorney of record, and the matter be referred to the Federal Defender's Office for appointment of new counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **July 12, 2017**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE